FILED
JUN 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRO HERNANDEZ, | No. C 03-4701 JSW (PR) |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |
| vs. | |
| RUNNELS, Warden,, | |
| Respondent. | |

Judgment was entered against Petitioner, a California prisoner proceeding pro se, on February 22, 2007, and he filed a notice of appeal on April 10, 2007. In light of Petitioner's intervening change in address, which may have led to delays in his receipt of judgment, an extension of time in which to file a notice of appeal, to and including April 10, 2007, is GRANTED. *See* Fed. R. App. P. 4(a)(5). Petitioner's April 10, 2007 notice of appeal is, therefore, timely.

The Clerk of Court shall forward this order to the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

DATED: JUN 2 5 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HERNANDEZ,

        Plaintiff,

  v.

RUNNELS,

        Defendant.

Case Number: CV03-04701 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leandro Roger Hernandez
P-93277
P.O. Box 705
Soledad, CA 93960-0705

Dated: June 25, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk